# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00271-CR

**Adela Dora Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 48,373, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

**PER CURIAM**

The motions to substitute Mr. William P. Gibson for Mr. Bobby Dale Barina as appellant's counsel on appeal are granted. Appellant's motion to dismiss the appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: August 9, 2001

Do Not Publish